NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARTIE PERKINS, a/k/a CARL ALLEN,        )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D17-4559
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed March 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Pinellas County; W. Douglas Baird, and
Philip J. Federico, Judges.

Artie Perkins, a/k/a Carl Allen, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, LUCAS, and SALARIO, JJ., Concur.